423 A.2d 1331

Commonwealth, Appellant, v. Pfaff.

Submitted August 28, 1979. Stephen Toole, Assistant District Attorney, for Commonwealth, appellant; David P. Truax, Assistant Public Defender, for appellee.

Before VAN der VOORT, LARSEN and LAVELLE, JJ.*

Order reversed.